# EXHIBIT G

Lisa

Do you have proposed answers for Questions 3, 8 + 10?

Also any suggestions on remaining questions that I can "Chime" in on?

Can I have this Monday?

6399a

Lisa —

Do you have proposed answers for Questions 3, 8 + 10?

Also any suggestions on remaining questions that I can "Chime" in on?

Can I have this Monday?
DEFENDANT'S EXHIBIT 4

MAY 07 '98 14:05 FR BI PHILA    TO 14128805894    P.01

Client No. 99999 \ Matter No. 009017

**BUCHANAN INGERSOLL
PROFESSIONAL CORPORATION**
Eleven Penn Center, 14th Floor, 1835 Market Street
Philadelphia, Pennsylvania 19103
Facsimile Number    (215) 665-8760



This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. Thank you.

## FACSIMILE COVER SHEET
Please deliver the following materials as soon as possible.

No. of Pages: __4__ (including cover sheet)

| To: | Fax No.: | Confirm No.: |
|---|---|---|
| \Hon. Joan Orie Melvin | \(412) 880-5894 | \(412) 880-5888 |
| \State Rep. Jane Clare Orie ✓ | \(724) 933-0528 | \(724) 933-0526 |
| \Constance Foster | \(717) 238-4622 | \(724) 238-8300 |
| \Elizabeth Gemmill | \(215) 225-2511 | (215) 221-8500 |

From: Marguerite S. Walsh    Phone #: 665-3829    Date 5/7/98

Additional Comments or Instructions: \

Return Originals to: Reggie Poole    Telephone #: 665-3852

If you do not receive the designated number of pages or if you experience any problem with the transmission of these documents, please call our FAX OPERATOR at (215) 665-3861. Thank you.

JOM24638

`7 '98 14:05 FR BI PHILA                    TO 14128825894        P.02`

## Buchanan Ingersoll
PROFESSIONAL CORPORATION

To:   Hon. Joan Orie Melvin
      Hon. Jane Clare Orie
      Constance B. Foster, Esquire
      Elizabeth H. Gemmill, Esquire

Fr:   Marguerite S. Walsh, Esquire      /s/ Marguerite

Date: May 7, 1998

RE:   Professional Development Roundtable, May 14, 1998, 2-3 p.m.

Thanks again to each of you for agreeing to participate in next week's roundtable discussion on the topic of "Professional Development" at the Women in the Profession Conference. As a result of Tuesday's conference call in which some of you were able to participate, I thought it would be useful to summarize our collective suggestions about the scope of the program and possible discussion questions/topics. But first, some logistics:

The program will be held at the Hershey Lodge and Convention Center on Thursday, May 14 from 2:00 until 3:00 p.m. As program participants, you are welcome to attend other events throughout the day, including lunch, which will begin at 12:30 p.m. The featured speaker will be Nina Totenberg. It would be most helpful if you could let me know whether you plan to attend the lunch so that I can make arrangements for us to sit together. Please call my secretary, Reggie Poole, at 215-665-3852, to let her know if you will be attending the lunch. If not, please try to arrive by approximately 1:45 p.m. so that we will be able to start the program promptly at 2:00 p.m. I do not yet know the room assignment but I'm sure it will be posted at the Lodge.

To place our session in context, it is part of the Commission on Women in the Profession's day-long program, which the Commission presents every year as part of the Pennsylvania Bar Association's Annual Meeting. This year the Commission is presenting a bench-bar conference. The morning will consist of two plenary sessions. The first, from 9:15-10:45 a.m., is entitled "Women in the Courtroom: A View from the Bench." Members of the judiciary will discuss how women perform, and are perceived, as attorneys, litigants and judges. The second plenary session, from 11:00-12:30 p.m., is entitled "Impact of Gender on the Evolution of Tort Law" and will consist of a discussion of feminist jurisprudence.

Lunch will follow from 12:30-1:45 p.m. and will feature Nina Totenberg, who will be introduced by Justice Newman. In addition, there will be a recognition of Judge Sloviter and the presentation of the Anne X. Alpern Award.

JOM24639

**Buchanan Ingersoll**
PROFESSIONAL CORPORATION

The afternoon will consist of four breakout sessions (of which ours is one), to be held two at a time. In addition to our program, from 2:00-3:00 p.m. there will also be a program on "Managing Your Practice While Managing Your Stress," featuring a presentation by a psychologist. From 3:00-4:00 p.m., the two breakout sessions will be "A Candid Conversation about Gender Bias: Practical Tips" (how to handle gender bias incidents that may affect your case or your effectiveness as counsel) and "Winning Trial Strategies" (featuring a jury consultant who will discuss jurors' gender-based perceptions).

A high tea reception will follow from 4:15 - 5:30 p.m.

Our "Professional Development" discussion is billed as a roundtable discussion covering such topics as what the concept of "professionalism" really means and how to develop it; different modes for achieving career success; and practical advice for women attorneys in different fields of practice. Obviously, this is a very broad topic, which gives us a great deal of latitude to cover topics/questions which YOU would like to address. There are only two caveats: first, our program will provide a half-hour of ethics credit, so our discussion should be focused at least in part on topics which are arguably ethics-related and second, we don't want to overlap too much with the other sessions.

Having said all of the above, and based on Tuesday's call, I am listing on the attached sheet some proposed questions and suggested panel members to lead off the discussion. The format will be that I will spend about 5 minutes introducing the panel. Then, I will simply lead off with a question directed to a particular person, and give the other panel members a chance to chime in as well. We will do this for as many questions as we can cover. This format should easily use up the time allotted. I plan to leave about 10 minutes at the end for audience questions, but in case there are none (or not enough to use up the 10 minutes, which I doubt), we will have a few extra questions available for the panel in case we need to fill time. However, based on my experience in these types of forums, I doubt very much that we will need to fill up time (probably the opposite, in fact.)

I have "assigned" the attached questions/topics on an essentially random basis, so if there are questions which you don't want to answer, or would like to answer instead, just let me know. Similarly, if there are other topics/questions which you would like to cover, please just fax them to me at 215-665-8760.

Again, thank you so much for agreeing to participate. I look forward to seeing each of you next Thursday. If there are any questions in the meantime, please give me a call at 215-665-3829.

JOM24640

07 '98 14:06 FR BI PHILA                    TO 14128805894        P.04

# Buchanan Ingersoll
PROFESSIONAL CORPORATION

## PROPOSED QUESTIONS FOR PROFESSIONAL DEVELOPMENT ROUNDTABLE

1. Each of you has chosen very different career paths—a judge, a legislator, a former Insurance Commissioner now in private practice and an in-house counsel. Looking back, can you identify the two or three most significant factors/people/events which led you to where you are now? (B. Gemmill)

2. How, if at all, has your gender affected your development in your chosen career, for better or worse? (Rep. Orie)

3. What are the most important trends/factors which you see as having an impact on the legal profession over the next ten years? (Judge Melvin)

4. How do these trends/factors particularly affect a woman's ability to develop professionally as an attorney? (C. Foster)

5. Is there still a "glass ceiling"? Is it any different from ten years ago? If so, how? (Rep. Orie)

6. If you had to choose just one piece of advice to give a woman attorney today, what would it be? (B. Gemmill)

7. If a woman wanted to follow a career path similar to yours, what would you tell her to do differently from what you did? (C. Foster)

8. There has been a lot of discussion of late about a budding "old girls' network." How important is it and how can a woman best develop/utilize it to further her career goals? (Judge Melvin)

9. A common theme of rainmaking is that an attorney gets business by doing good legal work. Yet, despite the fact that many women attorneys have been doing excellent work for a long time, they still have a disproportionately low share of business origination. How do you explain this and how can we change it? (B. Gemmill)

10. There has been much discussion over the past several years about a decline in collegiality and professionalism among attorneys. Do you agree and, if so, how has it manifested itself? (Judge Melvin)

11. Given the increasing pressure on attorneys to bill time, get business and win cases, do you think this has led to situations where attorneys are more prone than before to cross the ethical line or at least come closer to it in their practices? Can you give some examples? (C. Foster)

cc:   Mary Platt, Esq.
      Roslyn Pollack, Esq.

** TOTAL PAGE.04 **

JOM24641